# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | |
|---|---|
| BUKURIM MIFTARI<br>*Plaintiff*<br>v.<br>EARL HOUSER<br>*Defendant* | Civil Action No. 3:19-cv-00091-JKS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: The petition under 28 U.S.C. 2254 for Writ of Habeas Corpus is denied. The Court declines to issue a Certificate of Appealability.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge James K. Singleton, Jr. on a petition for writ of habeas Corpus under 28 U.S.C. 2254 .

APPROVED:

**s/James K. Singleton**
James K. Singleton
United States District Judge

Date: October 2, 2019

**Jennifer A. Gamble**
Jennifer A. Gamble
Acting Clerk of Court

Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.